IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30788
Summary Calendar
_____


MARY A. HARRISON,

                                        Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
Commissioner of Social Security,

                                        Defendant-Appellee.


- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-1074
- - - - - - - - - - -
January 18, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Mary A. Harrison appeals the affirmance of the
Commissioner's denial of his application for Supplemental
Security Income (SSI) benefits.  She argues that the Commissioner
erred in applying the listings regarding disability for obesity.
As Harrison did not meet the height-weight requirements for the
listing, the Commissioner did not err.  20 C.F.R. pt. 404, subpt.
P, app. 1 § 10.10 (A-E) (1993).  Harrison also contends that the
Commissioner did not give adequate weight to the opinion of a

_____

     [*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

treating physician. The Commissioner is free to reject the opinion of any physician when the evidence supports a contrary conclusion. The substantial medical and other evidence supports the Commissioner's conclusion that Harrison's impairments did not significantly circumscribe her ability to do light work.

AFFIRMED.